UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

RIVA DEL LAGO CONDOMINIUM
ASSOCIATION, INC.,

      Plaintiff,

v.

                              Case No. 2:24-cv-1056-JLB-KCD

STEADFAST INSURANCE
COMPANY,

      Defendant,
_____/

## **ORDER**

In this breach of contract case, Defendant Steadfast Insurance Company moves to compel Plaintiff Riva Del Lago Condominium Association, Inc. to provide complete and better answers to several interrogatories. (Doc. 30.) Since the filing, Plaintiff has provided updated responses. (Docs. 31, 31-5.) Given these representations, which stand unrebutted, the request for an order compelling discovery is moot. *See Trahan v. Sandoz Inc.*, No. 3:13-CV-350-J-34MCR, 2015 WL 12857088, at *1 (M.D. Fla. Sept. 24, 2015). Defendant can file a new motion if needed to challenge the sufficiency of any updated discovery responses.

Accordingly, Defendant's Motion to Compel (Doc. 30) is **DENIED AS MOOT**.[1]

**ORDERED** in Fort Myers, Florida on April 3, 2025.

Kyle C. Dudek
United States Magistrate Judge

---

[1] If a motion to compel "is granted—or if the disclosure or requested discovery is provided after the motion was filed—the court must . . . require the party or deponent whose conduct necessitated the motion . . . to pay the movant's reasonable expenses incurred in making the motion, including attorney's fees." Fed. R. Civ. P. 37(a)(5). Defendant does not ask for its expenses. Nor has Defendant provided any documentation to issue such an award. Accordingly, the Court cannot order expenses at this time. *See, e.g., CMR Constr. & Roofing, LLC v. ASI Preferred Ins. Corp.*, No. 219CV442FTM29MRM, 2020 WL 9172016, at *3 (M.D. Fla. May 1, 2020).